UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEANETTE SHEPARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 2:16-cv-2321-KJN<br><br><br>ORDER |

Briefing in this social security appeal is now complete, and the matter is submitted for decision on the record and written briefing without oral argument. However, upon review of the record, the court notes that plaintiff has not yet indicated whether or not she consents to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). Plaintiff is under no obligation to so consent, but a consent/decline designation assists the court in determining how the action will be administratively processed. Accordingly, within fourteen (14) days of this order, plaintiff shall file an appropriate consent/decline designation.

　　　IT IS SO ORDERED.

Dated: November 20, 2017

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1